UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 24CR 150 DWF/DLM<br>**INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 922(d)(1) |
| | ) | 26 U.S.C. § 5845(b) |
| DON BUDDIE AUSTIN, | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to this Indictment:

The Defendant was a member and associate of a criminal organization, namely, the South Minneapolis street gang known as the "10's" (often stylized as "10z"). At times relevant to this Indictment, the 10's operated in the District of Minnesota, and elsewhere.

### COUNT 1
(Felon in Possession of Firearm)

On or about February 27, 2024, in the State and District of Minnesota, the defendant,

**DON BUDDIE AUSTIN,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:



SCANNED
JUN -5 2024
U.S. DISTRICT COURT MPLS

*United States v. Don Buddie Austin*

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| First Degree Assault | Hennepin County, MN | Dec. 4, 2012 |
| Fleeing Police in a Motor Vehicle Resulting in Death | Hennepin County, MN | November 5, 2009 |
| Flee in a Motor Vehicle Resulting in Injury | Hennepin County, MN | November 5, 2009 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Beretta Tomcat model .32 caliber semi-automatic pistol bearing serial number DAA437922; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Count 1 of this Indictment is hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in, connected

*United States v. Don Buddie Austin*

with, or used in any knowing violation of, the offenses alleged, including, but not limited to a Beretta Tomcat model .32 caliber semi-automatic pistol bearing serial number DAA437922 and magazine containing .32 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(d)(1), Title 26, United States Code, Section 5845(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY              FOREPERSON